DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**N&P CONSTRUCTION AND DEVELOPMENT, INC.,** a Florida
Corporation, and **JULIO ABREU,**
Appellants,

v.

**LEONOR PEREZ,**
Appellee.

No. 4D20-456

[April 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 50-2018-CA-000437-XXXX-MB.

Hinda Klein of Conroy Simberg, Hollywood, for appellants.

Mara Shlackman of the Law Offices of Mara Shlackman, P.L., Fort Lauderdale; and Hyram M. Montero of Hyram M. Montero, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***